IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAJMUDIN MORRAD, | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:26-CV-845-X-BK |
| | § | |
| WARDEN PRAIRIELAND DETENTION | § | |
| CENTER, ET AL., | § | |
| RESPONDENTS. | § | |

ORDER REQUIRING SUPPLEMENTAL BRIEFING

Before the Court are the petition for writ of habeas corpus under 28 U.S.C. § 2241, Doc. 1, and the Respondents' response, Doc. 10. Petitioner Najmudin Morrad, a native and citizen of Afghanistan, seeks release from immigration detention, alleging that his removal is not significantly likely to occur in the reasonably foreseeable future. Respondents counter that the U.S. State Department is working to obtain permission for Petitioner's removal to a safe, third-party country. Doc. 10 at 3. Respondents aver, however, that they are unable "to provide the Court with updated facts regarding Petitioner's removal to a third country or a clear assessment of the likelihood of removal in the reasonably foreseeable future," because no new information is available. *Id.*

The Government's response lacks insufficient information for the Court to determine what, if any, relief is appropriate. Thus, the Court finds that additional briefing is necessary. Accordingly, the Government is **ORDERED** to file a supplemental response **by June 11, 2026,** addressing with specificity its current removal efforts and whether a significant likelihood of

removal in the reasonably foreseeable future exists.  Petitioner may file a reply within 21 days after the supplemental response is filed.

**SO ORDERED** on May 14, 2026.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE